Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel oil-well rejected casing, not advanced beyond hammering, rolling, or casting, similar in all material respects to that the subject of *United Supply & Mfg. Co., The Crispin Company* v. *United States* (37 Cust. Ct. 95, C.D. 1804), the claim of the plaintiffs was sustained.

No. 69310.—Everbest Jewelry Corp. and Surface Freight Corp. v. United States, protests 330953-K and 58/20218 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co. Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 69311.—W. T. Grant Co. v. United States, protest 62/19512 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

MAY 18, 1965

No. 69312.—H. Cohen Import Co. et al. v. United States, protests 63/13265, etc.— Plaintiffs' application for rehearing granted.

No. 69313.—Abercrombie & Fitch Co. et al. v. United States, protests 64/17951, etc. Protests abandoned March 31, 1965. Plaintiffs' application for rehearing denied.